# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA ANN CHARLES,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | **17-cv-955 GSA**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO ISSUE A SUMMONS AND NEW SOCIAL SECURITY CASE DOCUMENTS** |

Plaintiff Gloria Ann Charles filed a complaint on July 17, 2017, challenging the denial of her Social Security benefits. (Doc. 1). She subsequently paid the filing fee on August 3, 2017. Accordingly, IT IS HEREBY ORDERED THAT:

1. The Clerk of Court issue the following:
   a. A summons; and
   b. New Social Security Case Documents including Consent to Magistrate Judge Jurisdiction Forms.

IT IS SO ORDERED.

Dated: **August 6, 2017**          /s/ Gary S. Austin
                          UNITED STATES MAGISTRATE JUDGE